UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYLOCITY CORPORATION,<br>            Plaintiff,<br>    v.<br>SYNOPSYS, INC.,<br>            Defendant. | Case No. 23-cv-06349-AMO<br><br>**ORDER** |

Synopsys, Inc.'s ("Synopsys") motion to dismiss, ECF 52, came on for hearing before this Court on May 8, 2024. The Court issued several rulings from the bench, which it memorializes and clarifies below.

The Court **GRANTED** Synopsys's motion to dismiss in part and **DISMISSED** Paylocity Corporation's ("Paylocity") causes of action for declaratory judgment in the Complaint for the reasons stated at the hearing. The Court did not resolve the motion to dismiss as to the cause of action for professional negligence against Synopsys – the Court will consider the survival of that claim in resolving Paylocity's pending motion for leave to file an amended complaint. *See* ECF 78.

Paylocity's motion for leave to file an amended complaint remains pending. *See* ECF 78. Paylocity filed multiple proposed amended complaints on the docket, but moving forward, the Court considers the proposed amended complaint at ECF 88 (sealed version at ECF 87) to be operative for purposes of Paylocity's motion. Paylocity may not file another proposed amended complaint until the Court resolves the motion. In light of the "shifting sands" of Paylocity's proposed amended complaint and following the discussion at the hearing, the Court sua sponte extends the briefing schedule on the motion. Synopsys shall **FILE** its response to the motion for

leave to file an amended complaint on or before **May 22, 2024**, and Paylocity shall **FILE** its reply brief on or before **May 29, 2024**. The Court **VACATES** the August 1, 2024 hearing date and will decide the motion on the papers.

The Court **GRANTED** the administrative motions to seal for the reasons stated on the record. ECF 5, ECF 39, ECF 44, ECF 50, ECF 62, ECF 66, ECF 77, ECF 82.

The Court resolved the joint discovery letter brief and **GRANTED** Synopsys's request for a stay of discovery in light of Paylocity's statement of non-opposition. The Court orders discovery **STAYED** until the pleadings are settled.

**IT IS SO ORDERED.**

Dated: May 8, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**